UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **24-1593**, **24-1594** & **24-1602**

Kim v. Hanlon
(D.N.J. No. 3:24-cv-01098)

**ORDER**

The appeals are consolidated for purposes of scheduling, the joint appendix, the plaintiffs' brief, and disposition. The Court disfavors redundant briefing, so the appellants are encouraged to file a single, consolidated brief. If that is not practicable, they should consult with one another regarding the contents of their briefs and join in or adopt portions of the other's brief by reference. See Fed. R. App. P. 28(i).

Case-opening forms, motions, briefs, and other documents should be filed *only* in the appeal(s) to which the documents relate. Failure to file documents in the appropriate appeal(s) may result in the issuance of a noncompliance order. If the parties are unsure how to file a particular document, they should call the case manager prior to filing the document.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 1, 2024
Tmm/cc: All Counsel of Record