FRANKLIN H. BERRY, JR. ♦□
JOHN C. SAHRADNIK* ♦□
STEPHEN B. KOTZAS ∆♦□
LAURA M. BENSON ♦□
ROBERT D. BUDESA **
MARY JANE LIDAKA ♦
MATHEW B. THOMPSON ♦□
LAURA E. COMER

\* NJ & FL Bars
∆ Admitted to the U.S. Tax Court
♦ Admitted to U.S. Court of Appeals, 3rd Circuit
□ Admitted to  U.S. Supreme Court
• Admitted to U.S. Bankruptcy Court, District of N.J.
\*\* Certified by the Supreme Court of New Jersey
   as a Workers  Compensation Law Attorney



**BERRY, SAHRADNIK, KOTZAS & BENSON**
ATTORNEYS AT LAW

**212 Hooper Ave. / P.O. Box 757
Toms River, NJ 08754-0757
732-349-4800**

FRANKLIN H. BERRY 1941 – 1975
WILLIAM W. WHITSON 1941-1967
MAJA L. BERRY 1948-1961

COUNSEL
EDWARD T. FEUREY ♦□∆

**Toll Free: 800-991-9279
Fax: 732-349-1983
www.bskb-law.com**

April 3, 2024

<u>Electronically filed</u>

Office of the Clerk
United States Court of Appeals
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790
Attn:  Timony McIntyre, Case Manager

    **Re:** **Kim, Andy, et al. vs. Ocean County Clerk, et al.
      Court of Appeals Docket #: 24-1602
      Consolidated Appeals Docket #: 24-1593 (Lead), 24-1954
      and 24-1601
      Our File No.:  14.0059875
      USDC Docket No.:  3:24-01098-ZNQ-TJB**

Dear Sir/Madam:

  This firm represents the Appellant/Defendant, Ocean County Clerk, Scott M. Colabella (Ocean County Clerk), in this matter. Please accept this letter in lieu of a more formal submission, seeking to join in the Appellants/Defendants, County Clerks for Atlantic County, et al.'s, Brief filed in support of an emergency Motion for a Stay Pending Appeal in the consolidated matter and lead case 24-1593 (ECF 10), and in the consolidated case 24-1594 (ECF 8).

Page 2

Given the common position, please be advised that the Ocean County Clerk hereby joins in the above referenced motion and brief and hereby adopts the arguments presented therein. The reasons set forth in the brief is equally applicable to the Ocean County Clerk; therefore, rather than duplicate efforts, we respectfully request to join in the legal arguments advanced by Appellants/Defendants, County Clerks for Atlantic County, et al. in their motion and brief filed in the consolidated matter and lead case 24-1593 (ECF 10), and in the consolidated case 24-1594 (ECF 8), as if the same were incorporated herein at length on behalf of the Ocean County Clerk.

The Ocean County Clerk respectfully requests to join in the legal arguments set forth in the brief filed by Appellants/Defendants, County Clerks for Atlantic County, et al., in support of an emergency Motion for a Stay Pending Appeal, in the consolidated matter and lead case 24-1593 (ECF 10), and in the consolidated case 24-1594 (ECF 8), as well as the briefs and replies filed or to be filed by the Appellants/Defendants County Clerks for Atlantic County, et al., and any intervenors, in support of the Motion to Stay pending the Appeal, as if the same were incorporated at length herein on behalf of the Ocean County Clerk, to the extent that said arguments apply to the Ocean County Clerk.

Page 3

Thank you for your attention to this matter.

>Respectfully submitted,
>**BERRY, SAHRADNIK**
>**KOTZAS & BENSON**
>
>*/s/Mathew B. Thompson, Esq.*
>MATHEW B. THOMPSON, ESQ.

MBT/jfm
cc: All Counsel of Record (electronic filing system)

# CERTIFICATION OF BAR MEMBERSHIP

I hereby certify that Mathew B. Thompson, undersigned and counsel for Appellant/Defendant, Scott M. Colabella, Ocean County Clerk, is a member of the bar of the United States Court of Appeals for the Third Circuit.

Dated:  April 3, 2024

                                                 */s/Mathew B. Thompson, Esq.*  
                                                 MATHEW B. THOMPSON, ESQ.

## CERTIFICATION OF COMPLIANCE

1. I hereby certify that this letter in lieu of a more formal brief has been prepared in a proportionally spaced typeface using Microsoft Word, Times New Roman, 14-point.

2. I further certify that this letter contains 306 words.

3. I further certify, pursuant to Local Appellate Rule 31.1(c), that the text of the electronic form of this letter is identical to the text in the paper copies.

4. I further certify that the electronic form of this letter has been scanned for viruses using Sentinel One Version 23.2.3.358 and that no virus was detected.

I understand that a material misrepresentation can result in the court's striking the letter and imposing sanctions.

If the Court so directs, I will provide an electronic version of this letter and a copy of the work or line printout.

Dated: April 3, 2024

*/s/Mathew B. Thompson, Esq.*
MATHEW B. THOMPSON, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this letter has been served on all counsel of record using the Court's CN/ECF system.

Dated: April 3, 2024

                                           */s/Mathew B. Thompson, Esq.*
                                           MATHEW B. THOMPSON, ESQ.