UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-024

Nos. <u>24-1593</u>, <u>24-1594</u>, & <u>24-1602</u>

ANDY KIM, in his personal capacity as a candidate for U.S. Senate;
ANDY KIM FOR NEW JERSEY; SARAH SCHOENGOOD;
SARAH FOR NEW JERSEY; CAROLYN RUSH;
CAROLYN RUSH FOR CONGRESS

v.

CHRISTINE GIORDANO HANLON, in her official capacity as Monmouth County Clerk; SCOTT M. COLABELLA, in his official capacity as Ocean County Clerk; PAULA SOLLAMI COVELLO, in her official capacity as Mercer County Clerk; MARY H. MELFI, in her capacity as Hunterdon County Clerk; STEVE PETER, in his official capacity as Somerset County Clerk; HOLLY MACKEY, in her official capacity as Warren County Clerk; NANCY J. PINKIN, in her official capacity as Middlesex County Clerk; JOSEPH J. GIRALO, in his official capacity as Atlantic County Clerk; JOHN S. HOGAN, in his official capacity as Bergen County Clerk; JOANNE SCHWARTZ, in her official capacity as Burlington County Clerk; JOSEPH RIPA, in his official capacity as Camden County Clerk; RITA ROTHBERG, in her official capacity as Cape May County Clerk; CELESTE M. RILEY, in her official capacity as Cumberland County Clerk; CHRISTOPHER J. DURKIN, in his official capacity as Essex County Clerk; JAMES N. HOGAN, in his official capacity as Gloucester County Clerk; E. JUNIOR MALDONADO, in his official capacity as Hudson County Clerk; ANN GROSSI, in her official capacity as Morris County Clerk; DANIELLE IRELAND-IMHOF, in her official capacity as Passaic County Clerk; JOANNE RAJOPPI, in her official capacity as Union County Clerk; DALE CROSS, in his official capacity as Salem County Clerk; JEFF PARROTT, in his official capacity as Sussex County Clerk; NEW JERSEY SECRETARY OF STATE; CAMDEN COUNTY DEMOCRATIC COMMITTEE

Joseph Giralo, John S. Hogan, Joanne Schwartz,* Joseph Ripa,
Rita M. Rothberg, Celeste M. Riley, Christopher J. Durkin,
James M. Hogan, E. Junior Maldonado, Mary H. Melfi, Paula
Sollami Covello, Nancy J. Pinkin, Christine Giordano Hanlon,
Ann Grossi, Danielle Ireland-Imhof, Steve Peter, Joanne Rajoppi,

  Appellants in No. 24-1593

(*Dismissed by Clerk's 4/2/24 Order.)

Camden County Democratic Committee,

  Appellant in No. 24-1594

Scott M. Colabella,

  Appellant in No. 24-1602

(D.N.J. No. 3-24-cv-01098)

Present:  JORDAN, KRAUSE, and FREEMAN, <u>Circuit Judges</u>

1. Motion by Camden County Democratic Committee in No. 24-1594 for Stay Pending Appeal

2. Motion by Joseph Giralo, John S. Hogan, Joseph Ripa, Rita M. Rothberg, Celeste M. Riley, Christopher J. Durkin, James M. Hogan, Mary H. Melfi, Paula Sollami Covello, Nancy J. Pinkin, Christine Giordano Hanlon, Ann Grossi, Danielle Ireland-Imhof, Steve Peter, and Joanne Rajoppi in No. 24-1593 for Stay Pending Appeal

3. Motion by the Morris County Republican Committee, Laura Ali, the New Jersey Republican Chairs Association, and Jose Arango in Nos. 24-1593 and 24-1594 for Leave to File Amici Response in Support of Stay Motions

4. Proposed Amici Response Supporting Stay Motions, Filed by the Morris County Republican Committee, Laura Ali, the New Jersey Republican Chairs Association, and Jose Arango in Nos. 24-1593 and 24-1594

5. Motion by Camden County Democratic Committee in No. 24-1594 to Expedite Appeal

6. Plaintiffs' Opposition to Stay Motions in Nos. 24-1593 and 24-1594

7. Motion by Ravi Bhalla, Jerry Speziale, and Patricia Campos-Medina in Nos. 24-1593 and 24-1594 for Leave to File Opposition to Stay Motions as Amici

8. Proposed Opposition to Stay Motions, Filed by Ravi Bhalla, Jerry Speziale, and Patricia Campos-Medina in Nos. 24-1593 and 24-1594

9. Reply Supporting Stay Motion in No. 24-1594 by Camden County Democratic Committee

10. Reply Supporting Stay Motion in No. 24-1593 by Joseph Giralo, John S. Hogan, Joseph Ripa, Rita M. Rothberg, Celeste M. Riley, Christopher J. Durkin, James M. Hogan, Mary H. Melfi, Paula Sollami Covello, Nancy J. Pinkin, Christine Giordano Hanlon, Ann Grossi, Danielle Ireland-Imhof, Steve Peter, and Joanne Rajoppi

11. Letter from Scott M. Colabella, Appellant in No. 24-1602, Joining in Stay Motion Filed in No. 24-1593

Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing motions in Nos. 24-1594 and 24-1593, and joined in No. 24-1602, to stay the preliminary injunction entered by the District Court (the said motions being listed above as number 1 and number 2, respectively) are hereby DENIED.  The motions for leave to file an amici response in support of the stay motions in Nos. 24-1594 and 24-1593, for expedition of the appeal, and for leave to file opposition to the stay motions as amici (listed above as motions number 3, 5, and 7, respectively) are hereby GRANTED.

Briefing of the appeals in Nos. 24-1593, 24-1594, and 24-1602 and oral argument shall proceed on the following expedited schedule:

| | |
|---|---|
| Appellant's opening brief in No. 24-1594: | Received on April 1, 2024 |
| Appellants' opening brief(s) in Nos. 24-1593 and 24-1602: | Due on April 5, 2024 |
| Amicus briefs supporting Appellants or neither side: | Due on April 6, 2024 |
| Appellees' combined answering brief in Nos. 24-1593, 24-1594, and 24-1602: | Due on April 8, 2024 |
| Amicus briefs supporting Appellees: | Due on April 9, 2024 |
| Appellants' reply brief(s) in Nos. 24-1593, 24-1594, and 24-1602: | Due on April 10, 2024 |
| Oral argument in the Maris Courtroom of the Byrne Federal Courthouse, Philadelphia: | 9:30 a.m. on April 12, 2024 |

All briefs and appendices must be electronically filed only in the appeals to which they relate.  Hard copies are unnecessary.

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated: April 3, 2024
Tmm/cc: All Counsel of Record