

300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ 07094
201 348 6000 T
201 348 6633 F
CHASANLAW.COM

A PROFESSIONAL CORPORATION
LAW OFFICES
ESTABLISHED 1957

April 3, 2024

**Via ECF**

Hon. Patricia S. Dodszuweit
Clerk
U.S. Court of Appeals for the Third Circuit
601 Market Street
Philadelphia, PA  19106

    Re:    Kim, et al. v. Hanlon, et al.
             Case Number:  24-1593
             Voluntary Dismissal of Appeal

Madam Clerk:

    This firm represents Defendant/Appellant Ann F. Grossi, in her official capacity as Morris County Clerk, in the above-referenced matter.

    Pursuant to FED. R. APP. P. 42(b), Appellant Grossi hereby withdraws from the appeal, and respectfully requests that the Court order dismissal of the appeal on Appellant Grossi's behalf with prejudice and without costs.

    I thank you for your attention to this matter.

                                                Respectfully submitted,

                                              Kirstin Bohn
                                              For the Firm

KB:ck