# BOARD OF COUNTY COMMISSIONERS
## OF THE COUNTY OF WARREN
### BELVIDERE, NEW JERSEY 07823-1949



JOSEPH J. BELL, ESQ.
WARREN COUNTY COUNSEL
joebell@bsblawgroup.com

DAVID SHIVAS, ESQ.
ASSISTANT COUNTY COUNSEL
dshivas@bsblawgroup.com

JOSEPH J. BELL, IV, ESQ.
ASSISTANT COUNTY COUNSEL
jbell4@bsblawgroup.com

150 Mineral Springs Drive
PO Box 220
Rockaway, NJ 07866

TEL: 973-442-7900
FAX: 973-442-7990
www.bsblawgroup.com

April 3, 2024

**Via PACER / ECF**

Hon. Patricia S. Dodszuweit
Clerk
United States Court of Appeals for the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  **Andy Kim, et al., v. Christine Giordano Hanlon, et al.**
**Nos. 24-1593, 24-1594, and 24-1602**
**Case No. 3:24-cv-01098**

Dear Clerk Dodszuweit:

Please be advised that this office represents the interests of Defendant Holly Mackey, County Clerk for the County of Warren ("Warren County Clerk"). Our office is writing to notify the Third Circuit that the Warren County Clerk is formally withdrawing from this appeal. The Warren County Clerk has not made any previous formal filing in this appeal and never joined in any filings submitted in this appeal. Since the Warren County Clerk is listed as an Appellant in this caption, this notice is being filed pursuant to Fed. R. App. P. 42(b). Pursuant to this filing, the Warren County Clerk hereby withdraws from this appeal and respectfully requests that the Court order dismissal of her appeal with prejudice and without costs. Thank you for your courtesy and consideration in this matter.

Respectfully submitted,

/s/ Joseph J. Bell
Joseph J. Bell

cc:    All parties via PACER / ECF