**WEISSMAN & MINTZ LLC**
ATTORNEYS AT LAW
220 DAVIDSON AVENUE
SUITE 410
SOMERSET, NEW JERSEY 08873
(732) 563-4565
FAX (732) 560-9779
www.weissmanmintz.com

STEVEN P. WEISSMAN
ANNMARIE PINARSKI
WILLIAM G. SCHIMMEL
IRA W. MINTZ
FLAVIO L. KOMUVES
JASON L. JONES
JUSTIN SCHWAM
PATRICIA A. VILLANUEVA

Of Counsel
ROSEMARIE CIPPARULO
BRETT M. PUGACH
ADAM M. GORDON
YAEL BROMBERG

Counsel
DAVID A. MINTZ*

* ADMITTED TO PRACTICE ONLY IN NEW YORK

90 BROAD STREET
SUITE 254
NEW YORK, NEW YORK 10004
(212) 509-0918

JOEL N. WEISSMAN (1957-1998)
MARK ROSENBAUM (1955-2002)



### BROMBERG LAW LLC

YAEL BROMBERG, ESQ., PRINCIPAL
T: (212) 859-5083 | F: (201) 586-0427
ybromberg@bromberglawllc.com

43 West 43rd Street, Suite 32
New York, NY 10036-7424

P.O. Box 1131
Glen Rock, NJ 07452-1131

April 4, 2024

VIA ELECTRONIC FILING
Patricia C. Dodszuweit
Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Pending Motions to Withdraw, Consolidated Appeals Docket No.: 24-1593 (Lead), 1594, 1602. USDC Docket No.: 3:24-01098-ZNQ-TJB**

Dear Clerk Dodszuweit:

We write on behalf of our clients, Plaintiffs-Appellees, pursuant to the Court Order (DE 37) in response to the various pending motions to withdraw under Federal Rule of Appellate Procedure 42(b).

The motions filed before the Third Circuit Court of Appeals as of this letter entry are:

<u>Case No. 24-1593</u>

1. DE 24, on behalf of the Clerk for Monmouth County

1

2. DE 28, on behalf of the Clerk for Morris County
3. DE 29, on behalf of the Clerk for Warren County (dismissed [DE37] for lack of appeal)
4. DE 31, on behalf of the Clerk for Somerset County
5. DE 32, on behalf of the Clerk for Essex County
6. DE 32, on behalf of the Clerk for Union County
7. DE 33, on behalf of the Clerk for Mercer County
8. DE 34, on behalf of the Clerk for Camden County
9. DE 36, on behalf of the Clerk for Middlesex County

Case No. 24-1602

10. DE 26, on behalf of the Clerk for Ocean County

Additionally, today a motion to withdraw has been filed before Judge Quraishi in the United States District Court for the District of New Jersey, requesting withdrawal from the appeal and an order of dismissal of the appeal with prejudice and without costs, pursuant to Fed. R. App. P. 42(b):

Case No. 3:24-01098-ZNQ-TJB (USDNJ)

11. DE 228, on behalf of the Clerk for Atlantic
12. DE 228, on behalf of the Clerk for Cape May
13. DE 228, on behalf of the Clerk for Cumberland
14. DE 228, on behalf of the Clerk for Gloucester
15. DE 228, on behalf of the Clerk for Hunterdon
16. DE 228, on behalf of the Clerk for Salem (Interested Party)

Plaintiff-Appellees consent to all of the above motions for voluntary withdrawals and dismissal pursuant to Rule 42(b) and respectfully request the entry of a corresponding Court Order entering the dismissal of those appeals with prejudice and without costs.

Additionally, the Burlington County Clerk did not join the appeal, and withdrew the appeal, as reflected in Case No. 24-1593, DE5. Similarly, the Hudson County Clerk did not join the appeal, and withdrew from the lower court's motion to stay and any appeal of the Order, as reflected in Case No. 24-1098 (USDNJ), DE209.

This leaves the remaining three Appellants to this action: Bergen County Clerk, Passaic County Clerk, and the Intervenor-Defendant Camden County Democratic Committee. We understand that forthcoming motions to dismiss and withdraw may be filed by the last two

remaining Clerks of Bergen and Passaic Counties. Plaintiff-Appellees consent to those potential motions for voluntary dismissal/withdrawals, with prejudice and without costs.

Respectfully submitted,

/s/ Brett Pugach, Esq.  /s/ Yael Bromberg, Esq.
/s/ Flavio Komuves, Esq.  Bromberg Law LLC
Weissman & Mintz LLC

*Counsel for Plaintiff-Appellees*